An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWAN THURMOND,
Appellant,
vs.
JAMES KEENER; AND THE STATE OF
NEVADA DEPARTMENT OF
CORRECTIONS,
Respondents.

No. 65099

**FILED**

MAY 20 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a pro se appeal from a district court summary judgment in a civil rights action. First Judicial District Court, Carson City; James Todd Russell, Judge.

Having considered appellant's appeal statement and the record, we conclude that the district court properly granted summary judgment in favor of respondents James Keener and the State of Nevada Department of Corrections.[1] *See Wood v. Safeway, Inc.*, 121 Nev. 724, 729, 121 P.3d 1026, 1029 (2005) (reviewing de novo a district court's decision to grant summary judgment). In particular, the record demonstrates that no issues of material fact exist regarding whether respondents' alleged misconduct amounted to a violation of appellant's due process rights. *See Pressler v. City of Reno*, 118 Nev. 506, 510, 50 P.3d 1096, 1098 (2002) ("The protections of due process only attach when there is a deprivation of

---

[1]We direct the clerk of the court to modify the caption on the docket for this case to conform to the caption on this order, which reflects that Chin Soonwing is not a party to this appeal. *See Rae v. All Am. Life & Cas. Co.*, 95 Nev. 920, 922, 605 P.2d 196, 197 (1979) (recognizing that a defendant who is not served with process is not considered to be a party).

15-15503

a protected property or liberty interest."); *see also Sandin v. Conner*, 515 U.S. 472, 486 (1995) ("[D]iscipline in segregated confinement [does] not present the type of atypical, significant deprivation in which a State might conceivably create a liberty interest."); *Walker v. Gomez*, 370 F.3d 969, 973 (9th Cir. 2004) (recognizing that a prisoner does not have a property or liberty interest in prison employment under the due process clause). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. James Todd Russell, District Judge
       Edwan Thurmond
       Attorney General/Carson City
       Carson City Clerk